```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

LINDA D. TANNER                §
                               §
VS.                            §   ACTION NO. 4:24-CV-039-Y
                               §
NAVY FEDERAL CREDIT UNION      §

## FINAL JUDGMENT

In accordance with Plaintiff's Notice of Dismissal (doc. 8) filed in this case on January 11, 2024, and Federal Rule of Civil Procedure 58, all claims in this case are hereby DISMISSED WITHOUT PREJUDICE to their refiling in an appropriate forum.[1]  All costs of Court under 28 U.S.C. § 1920 shall be borne by Plaintiff.

SIGNED January 19, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff is cautioned that continued attempts to refile this lawsuit in the Dallas division, after a judge of that Court transferred this case to the Fort Worth division, may result in the imposition of appropriate sanctions against her, including limitations on her ability to again proceed in forma pauperis.