```
IN THE UNITED STATES DISTRICT COURT
  FOR THE NORTHERN DISTRICT OF TEXAS
           FORT WORTH DIVISION
```

LINDA DIANE TANNER                §
                                  §
VS.                               §   ACTION NO. 4:24-CV-039-Y
                                  §
NAVY FEDERAL CREDIT UNION         §

<u>FINAL JUDGMENT</u>

In accordance with the Notice of Dismissal filed on February 16, 2024, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITHOUT PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne by Plaintiff.

SIGNED February 22, 2024.

*[Signature: Terry R. Means]*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

<u>FINAL JUDGMENT - Page Solo</u>
TRM/chr